**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 24-03025-01-CR-S-MDH |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 2251(a) and (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years, or Life, Supervised Release<br>Class B Felony |
| v. | |
| **JESHUA HAYES**,<br>[DOB: 7-8-1998] | **COUNT 2**<br>18 U.S.C. § 2422(b)<br>NLT 10 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years, or Life, Supervised Release,<br>Class A Felony |
| Defendant. | |

**COUNT 3**
18 U.S.C. §§ 2251(a) and (e)
NLT 15 Years Imprisonment
NMT 30 Years Imprisonment
NMT $250,000 Fine
NLT 5 Years, or Life, Supervised Release
Class B Felony

**COUNT 4**
18 U.S.C. § 1470
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNT 5**
18 U.S.C. §§ 2252(a)(2) and (b)(1)
NLT 5 Years
NMT 20 Years Imprisonment
NMT $250,000 Fine
NLT 5 Years or Life Supervised Release
Class C Felony

Restitution

1

$100 Special Assessment (Each Count)

$5,000 JVTA Special Assessment

## <u>INDICTMENT</u>

**THE GRAND JURY CHARGES THAT:**

### <u>COUNT 1</u>

Beginning on an unknown date, but as early as December 23, 2022, and continuing through September 26, 2023, said dates being approximate, in Laclede County and Dallas County, all in the Western District of Missouri, and elsewhere, the defendant, **JESHUA HAYES**, did and attempted to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### <u>COUNT 2</u>

Beginning on an unknown date, but as early as December 22, 2022, and continuing through September 26, 2023, said dates being approximate, in Laclede County and Dallas County, all in the Western District of Missouri, and elsewhere, the defendant, **JESHUA HAYES**, did use any facility and means of interstate commerce, that is, the internet and the cellular telephone network, to knowingly persuade, induce, and entice Minor Victim 1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be criminally charged under state law, which prohibits any person who is twenty-one years of age or older from having sexual intercourse and deviate sexual intercourse with another person who is less than seventeen

2

years of age and prohibits any person who is four years older than a child who is less than seventeen years of age from subjecting that child to sexual contact, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

Beginning on an unknown date, but as early as August 21, 2023, and continuing through September 26, 2023, said dates being approximate, in Dallas County, Laclede County, and Caldwell County, all in the Western District of Missouri, and elsewhere, the defendant, **JESHUA HAYES**, did and attempted to employ, use, persuade, induce, entice, and coerce a minor, "Countreegirl23," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4

Beginning on an unknown date, but as early as August 21, 2023, and continuing through September 26, 2023, said dates being approximate, in Dallas County, Laclede County, and Caldwell County, all in the Western District of Missouri, and elsewhere, the defendant, **JESHUA HAYES**, by means of interstate commerce, knowingly did, and attempted to, transfer obscene matter to "Countreegirl23" who had not attained the age of 16 years, knowing that "Countreegirl23" had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

## COUNT 5

Beginning on an unknown date, but as early as September 20, 2022, and continuing through September 26, 2023, said dates being approximate, in Dallas County and Laclede County, all in the Western District of Missouri, and elsewhere **JESHUA HAYES**, the defendant, knowingly

3

received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**A TRUE BILL**

/s/ Clint Strong
FOREPERSON OF THE GRAND JURY

/s/ Stephanie Wan
STEPHANIE L. WAN
Assistant United States Attorney
Missouri Bar #58918
Dated: 2/27/2024
Springfield, Missouri

4